IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY HANNA,<br><br>      Plaintiff,<br><br>  v.<br><br>J. CHUDY, G. ELLIS, C. HAMMOND, and D. FOSTON,<br><br>      Defendants. | No. C 11-0862 LHK (PR)<br><br>ORDER GRANTING EXTENSION OF TIME FOR PLAINTIFF TO FILE PROOFS OF SERVICE |

Plaintiff, a state prisoner proceeding *pro se*, filed the instant civil rights complaint pursuant to 42 U.S.C. § 1983, the Americans With Disabilities Act ("ADA"), and Section 504 of the Rehabilitation Act of 1973, concerning the conditions of his confinement at CTF - Soledad.

On May 25, 2011, the Court reviewed Plaintiff's complaint and determined that he alleged cognizable claims of deliberate indifference to his serious medical needs, and a violation of the ADA and Rehabilitation Act. The Court further recognized that, because Plaintiff had paid the filing fee, he could not rely upon the United States Marshal for service upon the named Defendants. Plaintiff was directed to provide the Court, by July 26, 2011, with proofs of service of the summons and complaint on all the Defendants, or show good cause why they should not be dismissed.

On June 7, 2011, Plaintiff filed with the Court "Notice and Acknowledgment of Receipt

Order Granting Extension of Time for Plaintiff to File Proofs of Service
P:\PRO-SE\SJ.LHK\CR.11\Hanna862psrv.eot.wpd

of Summons and Complaint," as well as a copy of the summons he presumably sent to the Defendants. However, these documents do not demonstrate that the Defendants have been properly served pursuant to Rule 4 of the Federal Rules of Civil Procedure. Plaintiff has not filed any additional documents. Accordingly, the Court shall sua sponte grant Plaintiff an additional **thirty days** from the filing date of this order to provide proofs of service upon Defendants. **Failure to comply or demonstrate good cause within thirty days from the filing date of this order, will result in dismissal of the unserved Defendants.**

IT IS SO ORDERED.

DATED:  8/3/11

LUCY H. KOH
United States District Judge