IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY HANNA,<br><br>    Plaintiff,<br><br>  v.<br><br>J. CHUDY, G. ELLIS, C. HAMMOND, and D. FOSTON,<br><br>    Defendants. | No. C 11-0862 LHK (PR)<br><br>ORDER GRANTING EXTENSION OF TIME FOR PLAINTIFF TO FILE PROOFS OF SERVICE<br><br>(Docket No. 26) |

    Plaintiff, a state prisoner proceeding *pro se*, filed the instant civil rights complaint pursuant to 42 U.S.C. § 1983, the Americans With Disabilities Act ("ADA"), and Section 504 of the Rehabilitation Act of 1973, concerning the conditions of his confinement at CTF - Soledad. Before the Court is Plaintiff's motion for extension of time to file proofs of service on all Defendants.

    Because Plaintiff is not proceeding in forma pauperis, he is not permitted to rely on the United States Marshal Service to serve Defendants. On May 25, 2011, the Court directed Plaintiff to provide the Court, by July 26, 2011, with proofs of service of the summons and complaint on all the Defendants, or show good cause why they should not be dismissed. From August 3 through November 15, 2011, the Court has granted Plaintiff three extensions of time in which to file proofs of service. On December 13, 2011, plaintiff requested yet another extension

1  of time, alleging that he has been transferred from CTF-Soledad to San Quentin State Prison, and
2  he needs more time to account for the re-routing of mail from prison to prison.  Liberally
3  construing plaintiff's motion, the Court finds Plaintiff has good cause for failing to provide the
4  proofs of service within the ordered deadline.
5        Thus, the Court GRANTS Plaintiff one more extension of time.  Plaintiff must file within
6  **thirty days** from the filing date of this order all proofs of service upon Defendants, or show
7  good cause why they should be not dismissed.  **Failure to comply will result in dismissal of the**
8  **unserved Defendants.**
9        IT IS SO ORDERED.
10 DATED:   1/3/12

   _____
   LUCY H. KOH
   United States District Judge

Order Granting Extension of Time for Plaintiff to File Proofs of Service
P:\pro-se\sj.lhk\cr.11\Hanna862psrveot4        2