IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TIMOTHY HANNA, | ) | No. C 11-0862 LHK (PR) |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING MOTION FOR |
| | ) | EXTENSION OF TIME |
| v. | ) | |
| | ) | |
| J. CHUDY, G. ELLIS, C. HAMMOND, | ) | |
| and D. FOSTON, | ) | (Docket No. 34) |
| | ) | |
| Defendants. | ) | |
| | ) | |

On February 24, 2011, Plaintiff, a state prisoner proceeding *pro se*, commenced this action by filing a motion for enlargement of time to file a civil complaint. On March 28, 2011, Plaintiff filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On May 25, 2011, the Court directed Plaintiff to file proofs of service of the summonses and complaint on all the Defendants by July 26, 2011, or show good cause why they should not be dismissed. The Court eventually granted Plaintiff four extensions of time in which to file proper proofs of service: August 3, 2011; September 19, 2011; November 15, 2011; and January 4, 2012. On January 6, 2012, Plaintiff filed copies of proofs of service upon Defendants. On March 7, 2012, Plaintiff filed a motion for default against Defendants for failing to appear or respond. On April 9, 2012, the Court determined that the proofs of service were insufficient to demonstrate that Defendants were properly served pursuant to Federal Rule of Civil Procedure 4(e). In that order, the Court

1 ordered Plaintiff to show cause within 20 days why Defendants should not be dismissed without
2 prejudice pursuant to Federal Rule of Civil Procedure 4(m).  On April 19, 2012, Plaintiff filed a
3 motion for extension of time to file his response.

4       This case has been pending for more than one year.  Plaintiff's motion is granted.
5 However, Plaintiff is advised that this is the **FINAL** extension of time the Court will grant to
6 him.  Within **20 days** of the filing date of this order, Plaintiff is ordered to show cause why
7 Defendants should not be dismissed without prejudice.  Failure to comply with this order will
8 result in the dismissal of this action without prejudice, pursuant to Rule 4(m) of the Federal
9 Rules of Civil Procedure.

10       IT IS SO ORDERED.

11 DATED:  6/5/12

                                                                    LUCY H. KOH
12                                                                     United States District Judge