IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIMOTHY HANNA,**<br><br>Plaintiff,<br><br>v.<br><br>**J. CHUDY, et al.,**<br><br>Defendants. | Case No. CV 11-0862 LHK (PR)<br><br>**[PROPOSED]** ORDER GRANTING DEFENDANTS ELLIS AND CHUDY'S MOTION TO CHANGE TIME TO FILE DISPOSITIVE MOTION |

On August 12, 2012, the Court ordered service of Plaintiff Hanna's complaint on Defendants Chudy, Ellis, Foston, and Hammond. The Court ordered Defendants to answer the complaint and file any dispositive motion within 90 days (calculated to be November 13, 2012). (Order of Service 5.)

Defendants Ellis and Chudy requested a sixty-day extension of time, up to and including January 14, 2013, to file a dispositive motion.

The Court has read and considered Defendants' request and the accompanying declaration of counsel, and finds good cause exists to grant the request. Accordingly, IT IS ORDERED that Defendants' request is GRANTED.

Plaintiff Hanna's opposition to Defendants' dispositive motion shall be filed with the Court and served upon Defendants no later than twenty-eight days after Defendants serve Plaintiff with

the motion. Defendants shall file a reply brief within fourteen days of the date on which Plaintiff serves Defendants with the opposition. The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion unless the Court so orders at a later date.

Dated: 11/8/12

*Lucy H. Koh*
The Honorable Lucy H. Koh
United States District Judge