1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 | **TIMOTHY HANNA,** | Case No. CV 11-0862 LHK (PR)
12 | Plaintiff, | **[PROPOSED]** ORDER GRANTING
13 | v. | DEFENDANTS ELLIS AND CHUDY'S MOTION TO CHANGE TIME TO FILE DISPOSITIVE MOTION
14 | **J. CHUDY, et al.,**
15 | Defendants.
16

17    On August 12, 2012, the Court ordered service of Plaintiff Hanna's complaint on
18 Defendants Chudy, Ellis, Foston, and Hammond. The Court ordered Defendants to answer the
19 complaint and file any dispositive motion within 90 days (calculated to be November 13, 2012).
20 (Order of Service 5.)
21    Defendants Ellis and Chudy requested a sixty-day extension of time, up to and including
22 January 14, 2013, to file a dispositive motion.
23    The Court has read and considered Defendants' request and the accompanying declaration
24 of counsel, and finds good cause exists to grant the request. Accordingly, IT IS ORDERED that
25 Defendants' request is GRANTED.
26    Plaintiff Hanna's opposition to Defendants' dispositive motion shall be filed with the Court
27 and served upon Defendants no later than twenty-eight days after Defendants serve Plaintiff with
28

the motion. Defendants shall file a reply brief within fourteen days of the date on which Plaintiff serves Defendants with the opposition. The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion unless the Court so orders at a later date.

Dated: 11/8/12

*Lucy H. Koh*
The Honorable Lucy H. Koh
United States District Judge