IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| **TIMOTHY HANNA,** | Case No. CV 11-0862 LHK (PR) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS FOSTON AND HAMMOND'S REQUEST TO JOIN IN THE EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION** |
| v. | |
| **J. CHUDY, et al.,** | |
| Defendants. | |

On August 12, 2012, the Court ordered service on four defendants: Chudy, Ellis, Foston, and Hammond. (Order of Service, ECF No. 41.)  The Court ordered Defendants to file a dispositive motion by November 13, 2012. (*Id.*)  Defendants Chudy and Ellis were served, and filed a motion for an extension of time to file a dispositive motion, which this Court granted on November 9, 2012.  (Order, ECF No. 55.)  The Court ordered Defendants Chudy and Ellis to file a dispositive motion by January 14, 2013.  (*Id.*)  Subsequently, Defendants Foston and Hammond were served with the Complaint.  (Waivers of Service, ECF Nos. 56, 57.)

// //

// //

1

[Proposed] Order Grant'g Defs. Foston & Hammond's Request (CV 11-0862 LHK (PR))

1    In order to conserve the Court's resources and promote orderly case management, the Court

2  GRANTS Defendants Foston and Hammond's request.  All Defendants shall file a dispositive

3  motion by January 14, 2013, and otherwise comply with the Court's November 9, 2012 Order.

4

5

6  Dated:    1/2/13                                    _____
                                                        The Honorable Lucy H. Koh
7                                                       United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                  2