IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIMOTHY HANNA,**<br><br>Plaintiff,<br><br>v.<br><br>**J. CHUDY, et al.,**<br><br>Defendants. | Case No. CV 11-0862 LHK (PR)<br><br>~~[PROPOSED]~~ **ORDER GRANTING DEFENDANTS FOSTON AND HAMMOND'S REQUEST TO JOIN IN THE EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION** |

On August 12, 2012, the Court ordered service on four defendants: Chudy, Ellis, Foston, and Hammond. (Order of Service, ECF No. 41.) The Court ordered Defendants to file a dispositive motion by November 13, 2012. (*Id.*) Defendants Chudy and Ellis were served, and filed a motion for an extension of time to file a dispositive motion, which this Court granted on November 9, 2012. (Order, ECF No. 55.) The Court ordered Defendants Chudy and Ellis to file a dispositive motion by January 14, 2013. (*Id.*) Subsequently, Defendants Foston and Hammond were served with the Complaint. (Waivers of Service, ECF Nos. 56, 57.)

// //

// //

1

1  In order to conserve the Court's resources and promote orderly case management, the Court GRANTS Defendants Foston and Hammond's request. All Defendants shall file a dispositive motion by January 14, 2013, and otherwise comply with the Court's November 9, 2012 Order.

Dated: 1/2/13

*Lucy H. Koh*
The Honorable Lucy H. Koh
United States District Judge